14

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS JACHENS AND TONI JACHENS<br>Plaintiffs<br><br>VS.<br><br>RANDELL VANDERGRIFF, JR. AND WERNER ENTERPRISES, INC.<br>Defendants | CIVIL ACTION NO.<br>3:03 CV0163 (AWT)<br><br>February 9, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 9(b) of the Local Civil Rules of the United States District Court for the District of Connecticut the parties jointly move for an enlargement of time to complete discovery in this matter. The parties have been engaged in meaningful discovery, however, good cause exists for an enlargement of time to complete same.

The parties move that the deadline for plaintiffs' disclosure of experts be enlarged to April 15, 2004 and that the deadline for disclosure of defendants' experts be enlarged to June 15, 2004. Depositions of such experts will be completed by August 1, 2004. The parties otherwise move that all discovery be concluded by August 1, 2004. This is the first such request for enlargement of time with respect to discovery.

Extension GRANTED. Discovery shall be completed by August 1, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/17/04

FILED 2004 FEB 17 P 5:38 U.S. DISTRICT COURT HARTFORD, CT

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

12-Feb-04 10:23A