UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS JACHENS AND<br>TONI JACHENS | :<br>:<br>: |
| Plaintiffs | : CIVIL ACTION NO.<br>: 3:03 CV0163 (AWT) |
| VS. | :<br>: |
| RANDELL VANDERGRIFF, JR.<br>AND WERNER ENTERPRISES, INC. | :<br>:<br>: July 8, 2004 |
| Defendants | : |

## MOTION TO COMPEL EXPERT DISCLOSURE AND FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendants, Randell Vandergriff, Jr. and Werner Enterprises, Inc., hereby move for an order compelling the plaintiff to provide disclosure of experts in accordance with Rule 26 of the Federal Rules of Civil Procedure and for an enlargement of discovery for 60 days in order to conduct the depositions of such experts. The plaintiffs' expert disclosure fails to provide meaningful information regarding the expected testimony of plaintiffs' experts. (See, Exhibit A: Plaintiff's Response to Demand For Expert Witnesses, dated 2/25/04.) The undersigned counsel requested

disclosures in accordance with Rule 26 in June, 2004. To date, supplemental disclosure has not been provided. Without such information, the defendants may not conduct the depositions of the plaintiffs' experts. The deadline for discovery is August 1, 2004. Accordingly, the defendants move for an enlargement of time of sixty days (60) in order to receive and review expert disclosures and conduct necessary depositions.

        THE DEFENDANTS,
        RANDELL VANDERGRIFF, JR.
        WERNER ENTERPRISES, INC.

BY: _____
       Kristin Alix Herzog
       Fed. Bar No. ct20646
       HALLORAN & SAGE LLP
       One Goodwin Square
       Hartford, CT 06103
       Tele: (860) 522-6103
       Fax: (860) 548-0006
       herzog@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 8TH day of July, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Michael H. Forrester, Esq.
Sarah Rosenblatt Dreyer, Esq.
Silver, Forrester, Schisano
  Lesser & Dreyer
3250 Route 9W
New Windsor, NY 12553

                                                      Kristin Alix Herzog

569280.1(HS-FP)

Exhibit A

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------X
THOMAS JACHENS and TONI JACHENS,

                    Plaintiffs,        RESPONSE TO DEMAND FOR
                                    EXPERT WITNESSES

   -against-

                                          Civil Action No.:
RANDELL VANDERGRIFF, JR., and        3:03 CV0163(AWT)
WERNER ENTERPRISES, INC.,

                    Defendants.
----------------------------------------X

    Plaintiffs, THOMAS JACHENS and TONI JACHENS, by their attorneys, SILVER, FORRESTER, SCHISANO, LESSER & DREYER, as and for their Response to Demand for Expert Witnesses, herein alleges the following:

    1.   As to the identity of expert witnesses, the following physician may be called as an expert witness at the time of trial:

        JOHN P. HANDAGO, M.D.
        75 Chrystal Run Road, Suite 201
        Middletown, New York 10941

    Curriculum Vitae for the above named physician is annexed hereto.

    The above noted physician will testify as to the injuries treatment, medical, mental and emotional status, physical and emotional trauma and future prognosis of the plaintiff from the aspect of his specialty as indicated on his Curriculum Vitae.

    Each physician will rely on the facts set forth in the police report, Examinations Before Trial, hospital records, x-rays and diagnostic reports as well as reports and records of other examining physicians.

Each physician will testify as to the contents of their reports and records, plaintiff's condition when first presented to him, what was done, what treatment and operative procedures were required, how the plaintiff responded to the operative procedures. Counsel is referred to all physicians reports and office records in this regard.

In addition, each physician will testify that the injuries are permanent, activity limiting and pain producing and were caused and/or activated or triggered by the accident and prevent the plaintiff from engaging in and enjoying everyday activities to the extent that they could prior to the accident. The witness will also testify that the accident has limited the plaintiff's ability to earn a living and will testify past, present and future expenses and relate same to the accident.

The grounds for each of these doctor's opinions are their training and experience, conversations with the plaintiff, the doctor's own observations of the plaintiff, and the responses of the plaintiff to the treatment rendered to him.

Dated: New Windsor, NY
       February 25, 2004

_____
BY: MICHAEL H. FORRESTER
SILVER, FORRESTER, SCHISANO, LESSER
              & DREYER
Attorneys for Plaintiffs
3250 Route 9W
New Windsor, New York  12553

TO:   HALLORAN & SAGE, LLP
      Attorneys for Defendants
      225 Asylum Street
      Hartford, Connecticut 06103

## Silver, Forrester, Schisano, Lesser & Dreyer
### ATTORNEYS AND COUNSELORS AT LAW
3250 ROUTE 9W
NEW WINDSOR, NEW YORK 12553
(845) 562-9020   (845) 562-7570
(845) 561-4441

(800) 736-8556
FAX: (845) 562-9025

BARRY B. SILVER (N.Y. & FL. BARS)
MICHAEL H. FORRESTER
RICHARD SCHISANO
SOL LESSER
SARAH ROSENBLATT DREYER (N.Y. & CT. BARS)
DARRYL J. DREYER

February 12, 2004

REFER TO FILE 4347

John P. Handago, M.D.
75 Crystal Run Road, Suite 201
Middletown, New York 10941

Re:   Client: Thomas Jachens          D/A: 6/10/02

Dear Dr. Handago:

As you know, we represent Thomas Jachens for injuries sustained in an accident. We are asking that you send us any medical records you may have **dated after April 10, 2003**. An authorization for the release of this information is enclosed.

Should you require a fee for the photocopying of these records, please advise, and a check will be promptly forwarded.

**Also, kindly forward a copy of your curriculum vitae.**

Thank you for your anticipated cooperation and courtesy.

Yours truly,

SILVER, FORRESTER, SCHISANO, LESSER & DREYER

MICHAEL H. FORRESTER, ESQ.
MHF:ga
Enc.

**JOHN P. HANDAGO, MD**
**75 CRYSTAL RUN RD. #201**
**MIDDLETOWN, NY 10941**

NAME: _Thomas Jachens_

THOMAS JACHENS                                                                  9/4/2003
Patient returns for evaluation with continued pain about his right foot. There is a purpleish discoloration. His gait is antalgic for the right lower extremity. There is a positive compression test for the 2nd web space and tenderness to the 2nd webspace to palpation. Diagnosis: Neuroma of the right foot. Request for removal of neuroma of right foot. Return in 4 weeks. Currently totally disabled. JPH.

THOMAS JACHENS                                                                  10/16/2003
Patient returns for evaluation with continued pain about the right foot. Gait is antalgic for the right lower extremity. Tenderness in the right 2nd web space to palpation. Diagnosis: Neuroma of right foot at the 2nd web space. Schedule at Crystal Run for removal of Neuroma at the 2nd web space right foot. The risks, benefits and alternatives have been explained in depth to the patient as well as concept of no treatment. Currently totally disabled. Return in approximately 4 weeks. JPH.

THOMAS JACHENS                                                                  11/13/2003
Patient returns for evaluation of his right foot. There is antalgic component to his gait for his right lower extremity. Tenderness to the right 2nd web space to palpation. There is a purplish discoloration to his foot. Diagnosis: Neuroma of right foot at 2nd web space. Schedule at Crystal Run for removal of neuroma right foot 2nd web space. The risks, benefits and alternatives of surgery have been explained in depth to the patient as well as concept of no treatment. Return to us on a PRN basis. He is currently totally disabled. JPH.

THOMAS JACHENS                                                                  12/22/2003
Patient returns for evaluation status post removal of his neuroma right foot. Suture ends clipped, wound healing. Request PT. Return in 3 weeks. Totally disabled. He'll be partial weight bearing. JPH.

THOMAS JACHENS                                                                  1/13/2004
Patient status post removal of neuroma from his right foot. His wound is healing well. There is still some tenderness and swelling. Request PT. Return in 3 weeks. He is currently totally disabled. JPH.

THOMAS JACHENS                                                                  2/3/2004
Patient returns for evaluation status post removal of neuroma from his right foot. Swelling has diminished. ROM is improving. Gait has improved although still somewhat antalgic. Diagnosis: Status post removal of neuroma from his right foot. Request PT to be continued. Return in 4 weeks. Totally disabled. JPH.



JOHN P. HANDAGO, MD
75 CRYSTAL RUN RD. #201
MIDDLETOWN, NY 10941

NAME: Thomas Jachens

**THOMAS JACHENS**     1/9/2003
Patient returns for evaluation of his right foot. ROM is diminished. There is tenderness over the medial three toes. Swelling present. His gait is antalgic. Diagnosis: Crush injury of right foot. Request PT. Return 4 weeks. Currently totally disabled. JPH.

**THOMAS JACHENS**     2/11/2003
Patient returns for evaluation of his right foot. ROM diminished. There is tenderness to palpation diffusely. Gait is antalgic for his right lower extremity. There is also discoloration. Diagnosis: Crush injury of right foot. Request PT continued. Mobic with precautions. Home TENS unit. Return 4 weeks. Totally disabled. JPH.

**THOMAS JACHENS**     3/13/2003
Patient returns for evaluation with continued pain about his right foot. ROM is diminished. There is tenderness diffusely. Gait is antalgic on the right. Diagnosis: Crush injury of the right foot. Request for TENS for home use and PT to be continued. Return 4 weeks. Totally disabled. JPH.

**THOMAS JACHENS**     4/10/2003
Patient returns for evaluation with continued pain about his right foot. His gait is antalgic. He is ambulating with a cane. ROM diminished about the 1st metatarsal phalangeal joint of the right foot. Also tenderness in the 2nd web space. Diagnosis: Crush injury of the right foot. Request for home TENS unit. Observation. Return in 6 weeks. Currently totally disabled. JPH.

**THOMAS JACHENS**     5/22/2003
Patient returns for evaluation with continued pain about his right foot. ROM is diminished at the 1st metatarsal phalangeal joint. There is also tenderness to palpation at the right second web space. Diagnosis: Crush injury of the right foot. Request for TENS unit home use. Partial weight bearing. Mobic with precautions. Return 6 weeks. Totally disabled. JPH.

**JACHENS, THOMAS**     7/3/03
Patient returns for evaluation with continued pain about his involved right foot. Gait is antalgic for the right lower extremity. There is tenderness in the right 2nd web space and the range of motion is diminished at the 1st metatarsal phalangeal joint.
DIAGNOSIS: Crush injury of the right foot and post traumatic neuroma of the right foot at the 2nd web space. Continue with TENS unit, given Vioxx 12.5 mg. qd. Request for exploration of the right 2nd web space. Return in 4 weeks, currently totally disabled.
JPH/kd

**THOMAS JACHENS**     8/7/2003
Patient returns for evaluation of his right foot. Tenderness over the right second web space to palpation. Gait is antalgic for the right lower extremity. Some swelling present as well as discoloration with the foot in the dependent position. Diagnosis: Crush injury right foot with neuroma right second web space. Request for surgical exploration of the right second



# ORANGE REGIONAL MEDICAL CENTER
## 60 Prospect Avenue Middletown, New York 10940
### 845-343-2424

## OPERATIVE REPORT

**NAME:** JACHENS, THOMAS  
**RM#:**  
**SURGEON:** JOHN HANDAGO, M.D.  
**ASST.:**  

**MR#:** 358688  
**DATE:** 12/12/2003

**PREOPERATIVE DIAGNOSIS:** NEUROMA OF THE RIGHT FOOT SECOND WEB SPACE.

**POSTOPERATIVE DIAGNOSIS:** SAME

**OPERATION:** REMOVAL OF NEUROMA RIGHT FOOT SECOND WEB SPACE.

**ANESTHESIA:** GENERAL ENDOTRACHEAL  
**ANESTHESIOLOGIST:** BOU, M.D.

**PROCEDURE:**
The patient brought to the OR and placed on the OR table in a supine position. A general endotracheal anesthetic was administered. A pneumatic tourniquet was placed on the right thigh and this was followed by DuraPrep and sterile drapes in the appropriate fashion. After a gravitational exsanguination, the pneumatic tourniquet was inflated to a pressure of 300mm of mercury.

A #15 blade was used to create a linear skin incision over the right second web space. By blunt and sharp dissection, there is a area of grayish yellow neuromatous material. This was dissected free with a small iris scissors. During the course of the dissection, bleeders were electrocoagulated. After the webspace was inspected and found to be devoid of any additional neuroma like material, the area between the metatarsal heads was also inspected and this was found also to be devoid of any neuromatous like material.

At this point, a copious irrigation was performed. It was decided to close the wound using 3-0 Polysorb for subcutaneous tissue and 3-0 Polysorb for a subcuticular skin closure. Approximately 5cc of 0.25% Marcaine plain

**ORANGE REGIONAL MEDICAL CENTER**
60 Prospect Avenue, Middletown, New York 10940
845-343-2424

**OPERATIVE REPORT**

NAME: JACHENS, THOMAS                    MR#: 358688
DATE: 12/12/2003

Page: 2

were injected along the course of the incision and the webspace. A sterile dressing was applied and the pneumatic tourniquet was released.

The patient was then awakened from his general endotracheal anesthetic. He was transferred to the recovery room stretcher and transported to the Recovery Room where he was seen in satisfactory condition. Estimated blood loss for the procedure was negligible.

Dictated by: JOHN HANDAGO, M.D.

_____
JOHN HANDAGO, M.D.

J: 08659     D: 12/12/2003     T: 12/16/2003     PMC/LB

## JOHN P. HANDAGO, M.D.
ORTHOPAEDIC SURGERY
75 CRYSTAL RUN ROAD
SUITE 201
MIDDLETOWN, NY 10941

TELEPHONE (845) 703-3050
FAX (845) 703-3055

| | |
|---|---|
| PLACE OF BIRTH: | Passaic, New Jersey |
| DATE OF BIRTH: | January 28, 1949 |
| CHILDREN: | Lars, age 20 and Erika, age 18 |
| HOME ADDRESS: | 186 Purgatory Road<br>Campbell Hall, N.Y. 10916 |
| COLLEGE: | Stevens Institute of Technology<br>Hoboken, New Jersey<br>(1967-1971)<br>Bachelor of Engineering |
| COLLEGE: | University of Michigan<br>Ann Arbor, Michigan<br>(1971-1972)<br>Ph.D. Candidate in restorative dental materials |
| MEDICAL SCHOOL: | Autonomous University of Guadalajara<br>Guadalajara, Mexico<br>(1972-1976)<br>Physician and Surgeon |
| CLINICAL CLERKSHIP: | St. Joseph's Hospital and Medical Center<br>Paterson, New Jersey<br>New Jersey Fifth Channel Program |
| INTERNSHIP: | Monmouth Medical Center<br>Long Branch, New Jersey<br>PGY-1 (1977-1978) |
| RESIDENCY: | Monmouth Medical Center<br>Long Branch, New Jersey<br>PGY-2 (1978-1979)<br>* College of Medicine and Dentistry of New Jersey<br>Newark, New Jersey<br>PGY-3 (1979-1980) |

|  |  |
|---|---|
| CHIEF RESIDENCY: | Monmouth Medical Center<br>Long Branch, New Jersey<br>PGY-4 (1980-1981) |
| FELLOWSHIP: | St. Barnabas Medical Center<br>Livingston, New Jersey<br>The Thomas Howard Academic Fellowship<br>(1981-1982) |
| PRIVATE PRACTICE: | Arden Hill Hospital<br>4 Harriman Drive<br>Goshen, New York<br>Attending Physician (July, 1982 to present)<br>*St. Anthony's Community Hospital<br>Maple Avenue<br>Warwick, New York<br>Attending Physician (July, 1982 to July 1988)<br>Consulting Physician (July, 1988 to July, 1999)<br>*Horton Medical Center<br>Prospect Avenue<br>Middletown, New York 10940<br>Attending Physician (July 1992 to present) |
| MEMBER: | *American Medical Association<br>*New York State Orthopaedic Society<br>*Medical Society of New York<br>*Orange County Medical Society<br>*American Academy of Neurological and Orthopaedic Surgeons<br>*American College of Sports Medicine |
| PAPERS: | "Compression Screw Fixation of Hip Fractures: A Review of the Experience at Monmouth Medical Center 1977-1981"<br>"Pelvic Fracture Following Radiation for Gynecological Carcinoma: A Presentation of Six Cases and a Review of the literature-1982" |

| | |
|---|---|
| COURSES: | *New York University<br>Lower-limb Prosthetics<br>(Oct 30-Nov 3, 1978)<br>*Orthopaedic Biomechanics Course<br>Stamford, Connecticut (May 7-10, 1979)<br>*Maine Orthopaedic Review<br>Colby College, Waterville, Maine (June 16-29, 1984)<br>*Southwestern Orthopaedic Surgery Review<br>Dallas, Texas (May 10-12, 1985 & May 30-June 1, 1986)<br>*The Spine: Current Concepts<br>Vanderbilt University Medical Center<br>Wailea, Maui, Hawaii (March 16-22, 1986)<br>*Osler Institute-Orthopaedic Review Course<br>Houston, Texas (March 14-20, 1987)<br>*The Spine: Current Concepts<br>Vanderbilt University Medical Center<br>Kiawah Island, Charleston, South Carolina (May 1987)<br>*American Academy of Neurological and Orthopaedic<br>Surgeons Meeting (Oct 20-25, 1987)<br>*Temple University Arthritis Update<br>Sarasota, Florida (April 17-21, 1989)<br>*Seminar on Current Medicolegal Issues<br>State University of New York at Stony Brook<br>(April 5-15, 1991)<br>*Multiple Injured Orthopaedic Patient<br>University of Massachusetts (Oct 8-9, 1992)<br>*Arthroscopic Surgery of the Shoulder<br>Tenth Annual San Diego Meeting<br>University of California Medical School at San Diego<br>(June 16-19, 1993)<br>*Current Concepts in Shoulder Reconstructive Surgery<br>New York Medical College (April 20-21, 1995)<br>*Bioskills Course for the Knee and Shoulder<br>Orthopaedics Biomechanics Institute<br>Salt Lake City, Utah (March 24-25, 1996)<br>*Arthroscopic Surgery of the Shoulder |

Fourteenth Annual San Diego Meeting
University of California Medical School at San Diego
(June 1997)
*New York Medical College
Current Concepts in Pediatric Orthopaedics (Dec. 1999)
*Albany Medical College
Pediatric Orthopaedics "Back to Basics."
(Oct., 2001)
*American Academy of Orthopedic Surgeons
Open and Arthroscopic Shoulder Surgery
(Nov., 2001)

STATE OF NEW YORK )
: ss.:
COUNTY OF ORANGE )

    GINA ANTONUCCI, being duly sworn, deposes and says:

    That I am not a party to the action, am over 18 years of age and reside at Newburgh, New York.

    On February 25th, 2004, I mailed a true copy of the annexed Response to Demand for Expert Witnesses in the following manner:

  X   by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

    HALLORAN & SAGE, LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, Connecticut 06103

                                                     GINA ANTONUCCI

Sworn to before me this
25th day of February, 2004.

_____
Notary Public

MARY ELIZABETH FAMA
NOTARY PUBLIC, State of New York
Reg. No. 01FA6048479
Appointed in Orange County
Commission Expires 9/25/20 06