**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
THOMAS JACHENS and            :
TONI JACHENS,                 :
                              :
     Plaintiffs,              :
                              :
v.                            :    Civil No. 3:03CV00163(AWT)
                              :
RANDELL VANDERGRIFF, JR. and  :
WERNER ENTERPRISES, INC.,     :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

<u>     </u> All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

<u>     </u> A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

<u> x </u> A ruling on the following motion, which is currently pending: <u>Defendants' Motion to Compel Expert Disclosure and for Modification of Scheduling Order</u> (orefm.)

<u>     </u> A settlement conference (orefmisc./cnf)

<u>     </u> Other: <u>                         </u> (orefmisc./misc)

It is so ordered.

Dated this 21st day of July, 2004, at Hartford, Connecticut.

                                                            /s/

                                         Alvin W. Thompson
                                     United States District Judge