UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONI JACHENS AND<br>TONY JACHENS,<br>    Plaintiffs | :<br>:<br>:<br>: | CIVIL ACTION<br>NO. 3:03 CV 0163(AWT) |
| V. | :<br>:<br>: | |
| RANDELL VANDERGRIFF, JR.<br>AND WERNER ENTERPRISES, INC.<br>    Defendants | :<br>:<br>: | AUGUST 12, 2004 |

## WITHDRAWAL OF MOTION TO COMPEL

After consultation with counsel for the plaintiffs, the undersigned defendants, Randell Vandergriff, Jr. and Werner Enterprises, Inc. hereby withdraw that portion of the their motion dated July 8, 2004 pertaining to expert disclosures. That portion of the motion pertaining to enlargement of time for discovery is not withdrawn.

THE DEFENDANTS:
RANDELL VANDERGRIFF, JR. AND
WERNER ENTERPRISES, INC.

By_____
Kristin A. Herzog of
HALLORAN & SAGE LLP
Fed. Bar #ct 20646
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
herzog@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 12th day of August, 2004, I hereby mailed a copy of the foregoing to:

Michael H. Forrester, Esq.
Sarah Rosenblatt Dreyer, Esq.
Silver, Forrester, Schisano, Lesser & Dreyer
350 Route 9W
New Windsor, NY 12553

                                                  Kristin A. Herzog

582457

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105