FILED

2004 AUG 13 A 10: 58

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TONI JACHENS AND
TONY JACHENS,
        Plaintiffs

V.

RANDELL VANDERGRIFF, JR.
AND WERNER ENTERPRISES, INC.
        Defendants

: CIVIL ACTION
: NO. 3:03 CV 0163(AWT)
:
:
:
:
:
:
: AUGUST 12, 2004

## WITHDRAWAL OF MOTION TO COMPEL

After consultation with counsel for the plaintiffs, the undersigned defendants, Randell Vandergriff, Jr. and Werner Enterprises, Inc. hereby withdraw that portion of the their motion dated July 8, 2004 pertaining to expert disclosures. That portion of the motion pertaining to enlargement of time for discovery is not withdrawn.

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    08/18/04

THE DEFENDANTS:
RANDELL VANDERGRIFF, JR. AND
WERNER ENTERPRISES, INC.

By_____
Kristin A. Herzog of
HALLORAN & SAGE LLP
Fed. Bar #ct 20646
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
herzog@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105