Civil (April 12, 2004)

HONORABLE *D.F. Martinez*
DEPUTY CLERK *R.K. Wood*  RPTR/ERO TAPE *S. Bowles*

TOTAL TIME: ___ hours *12* minutes

DATE *8/18/04*    START TIME *11:38 a.m.* END TIME *11:50 a.m.*
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

*Jachens, et al.*    CIVIL NO. *3:03CV163(AWT)*

§
§                                          *Sarah Dreyer*
vs.                                        Plaintiffs Counsel
§                          ☐ SEE ATTACHED CALENDAR FOR COUNSEL
*Vandergriff, et al*    §              *K. Herzog*
§                                        Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing *(Telephonic)*    ☐ Show Cause Hearing
☐ Evidentiary Hearing              ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ ....#16 | Motion | *to compel & motion for modification of scheduling order.* | | ☐ granted | ☐ denied | ☑ advisement |
| ☐ ....# | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | | ☐ granted | ☐ denied | ☐ advisement |

☐ ........  ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____