

FILED

2004 SEP -3 P 12: 19

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONI JACHENS AND<br>TONY JACHENS,<br>    Plaintiffs<br><br>V.<br><br>RANDELL VANDERGRIFF, JR.<br>AND WERNER ENTERPRISES, INC.<br>    Defendants | :<br>:  CIVIL ACTION<br>:  NO. 3:03 CV 0163(AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:  SEPTEMBER 3, 2004 |

## JOINT MEDIATION REPORT

The defendants hereby submit this Joint Mediation Report in consultation with counsel for the plaintiffs pursuant to the order of Judge Martinez, dated August 18, 2004.

### I. STATEMENT OF THE CASE

The plaintiffs, Thomas Jachens and Toni Jachens, claim that they sustained injuries and/or damages as a result of an accident that occurred on June 10, 2002 involving a tractor-trailer. The plaintiffs' claims sound in negligence and loss of consortium, respectively.

The plaintiffs that the defendants were negligent in that the defendant driver, Randall Vandergriff, Jr., caused the trailer portion of his vehicle to crush the right foot of the male plaintiff while he was assisting the defendant driver reposition the tandem wheels on the trailer. Toni Jachens claims loss of consortium as a result of the foregoing incident.

One Goodwin Square       HALLORAN       Phone (860) 522-6103
225 Asylum Street                                                       Fax (860) 548-0006
Hartford, CT 06103        & SAGE LLP       Juris No. 26105

The defendants have alleged by way of special defenses that the plaintiff was comparatively negligent in that he failed to remain clear of the vehicle when he knew or should have known to do so.

## II. COUNSEL WHO WILL ATTEND THE CONFERENCE

The plaintiffs, Thomas Jachens and Toni Jachens, will be represented by Michael H. Forrester. The defendants, Randall Vandergriff, Jr. and Werner Enterprises, Inc., will be represented by Kristin Alix Herzog of Halloran & Sage, LLP.

## III. STATUS OF DISCOVERY

The following discovery remains to be completed: Plaintiffs will provide outstanding records, updated figures as to the plaintiff's medical special damages, and the most recent figures regarding the workers' compensation lien. The defendants may depose the plaintiff's orthopedist, Dr. Handago, and may request the male plaintiff undergo an independent medical examination.

## IV. DEADLINE FOR DISPOSITIVE MOTIONS AND JOINT TRIAL MEMORANDUM

The deadline for dispositive motions was October 15, 2003. Upon information and belief, a Joint Trial Memorandum deadline has not yet been established.

## V. TRIAL DATE

A trial date has not yet been assigned.

## VI. TIMING FOR MEDIATION

The parties believe that one business day will provide ample time for a mediation session. Counsel for the defendants request that the mediation be conducted after the

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

close of discovery and on a date when counsel has been able to confirm that a representative of Werner Enterprises, Inc. will be able to attend.

## VII. SETTLEMENT NEGOTIATIONS

No demand has been articulated and no offers have been made.

## VIII. HELPFUL INFORMATION

Counsel for the defendants wishes to notify the court that counsel anticipates commencing jury selection and trial in the Waterbury Superior Court on November 17, 2004. As previously stated, counsel for the defendants also requests permission to consult with a representative from Werner Enterprises, Inc. in order to select a mutually convenient date for the court, counsel and such representative. It appears that early November, 2004 may be possible.

The parties jointly request that the date for the mediation be selected in consultation with counsel, so that they may ensure their availability and the availability of their clients.

The undersigned has prepared this report in consultation with Attorney Forrester, counsel of record for the plaintiffs.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
RANDELL VANDERGRIFF, JR. AND
WERNER ENTERPRISES, INC.

By _____
Kristin A. Herzog of
HALLORAN & SAGE LLP
Fed. Bar #ct 20646
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
herzog@halloran-sage.com

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 3rd day of September, 2004, I hereby faxed and mailed a copy of the foregoing to:

Michael H. Forrester, Esq.
Sarah Rosenblatt Dreyer, Esq.
Silver, Forrester, Schisano, Lesser & Dreyer
350 Route 9W
New Windsor, NY 12553

_____
Kristin A. Herzog

589784

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105