UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONI JACHENS AND<br>TONY JACHENS,<br>　　　　Plaintiffs | :　CIVIL ACTION<br>:　NO. 3:03 CV 0163(AWT)<br>:<br>: |
| V. | :<br>:<br>: |
| RANDELL VANDERGRIFF, JR.<br>AND WERNER ENTERPRISES, INC.<br>　　　　Defendants | :<br>:<br>:　JANUARY 19, 2005 |

## APPEARANCE

Please enter my appearance on behalf of defendants Randell Vandergriff, Jr. and Werner Enterprises, Inc. in the above-entitled case.

THE DEFENDANTS:
RANDELL VANDERGRIFF, JR. AND
WERNER ENTERPRISES, INC.

By_____
Alexei J. Plocharczyk
Fed. Bar No. ct 26355
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

## CERTIFICATION

      This is to certify that on this 19th day of January 2005, I hereby mailed a copy of the foregoing to:

Michael H. Forrester, Esq.
Sarah Rosenblatt Dreyer, Esq.
Silver, Forrester, Schisano, Lesser & Dreyer
350 Route 9W
New Windsor, NY 12553

                                                                                     _____
                                                               Alexei J. Plocharczyk

640349_1 DOC

- 2 -

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street    & SAGE LLP    Fax (860) 548-0006
Hartford, CT 06103        Juris No 26105