UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS JACHENS and TONI JACHENS, | : | CASE NO.: 3:03 CV 0163 (AWT) |
| Plaintiffs | : | |
| | : | |
| RANDELL VANDERGRIFF, JR. and WERNER ENTERPRISES, INC., | : | |
| Defendant. | : | JUNE 14, 2005 |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn L. Civ. R 7(b), the defendants, with the assent of the plaintiffs, respectfully move the Court for a thirty (30) day extension of time up to including July 15, 2005 to submit the joint trial memorandum in the above-captioned matter.

On January 19, 2005 the parties and their attorneys appeared at a Mediation before the Honorable Donna Martinez. The matter was not resolved at that time. Consequently, the date of June 15, 2005 was the deadline set for submitting a joint trial memorandum.

In the interim, the parties have completed additional discovery, including the depositions of a defense expert. Settlement negotiations resumed and the attorneys for the plaintiff and the defendant have over the past thirty (30) days been in constant communication on almost a daily basis in an effort to achieve a settlement.

Settlement appears to be close, but it hinges on the resolution of both a Worker's Compensation lien and a New York State No-Fault lien. To date the plaintiffs'

counsel has had numerous conversations with a representative of the Worker's Compensation carrier and as a result, it has significantly reduce the Workers' Compensation lien. However, despite plaintiffs counsel's efforts to expedite resolution of the No-Fault lien, negotiations with the Allstate Insurance Company, the holder of the No-Fault lien, are ongoing. Resolution of the No-Fault lien and thereby the settlement of this matter nonetheless appears immanent.

In light of the ongoing settlement negotiations and what appears to be an immanent settlement, the parties hereby move for a thirty (30) day extension to file the joint trial memorandum. This is the parties' first request for an extension of the joint trial memorandum deadline in this case.

WHEREFORE, for good cause shown, the defendants, together with the plaintiffs, respectfully request the Court to grant its motion for an extension of time to submit the joint trial memorandum for thirty (30) days, up to and including July 15, 2005.

Submitted by:
THE DEFENDANTS,
Randell Vandergriff, Jr.
Werner Enterprises, Inc.

By:_____
Alexei J. Plocharczyk
Fed. Bar No. ct26355
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Fax: (860) 548-0006
plocharczyk@halloran-sage.com

Assented to:

THE PLAINTIFFS,

By: _____
MICHAEL H. FORRESTER, ESQ.
Federal Bar # ct 24720
SILVER, FORRESTER, SCHISANO,
LESSER & DREYER
Attorney for Plaintiff
3250 Route 9W
New Windsor, NY   12553
(845) 562-9020

## CERTIFICATION

This is to certify that on this 14th day of June 2005, I hereby mail a copy of the foregoing to:

Michael H. Forrester, Esq.
SILVER, FORRESTER, SCHISANO,
LESSER & DREYER
3250 Route 9W
New Windsor, NY   12553

_____
Alexei J. Plocharczyk

699389_1.DOC