UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONI JACHENS AND<br>TONY JACHENS,<br>    Plaintiffs | : | CIVIL ACTION<br>NO. 3:03 CV 0163(AWT) |
| V. | : | |
| RANDELL VANDERGRIFF, JR.<br>AND WERNER ENTERPRISES, INC.<br>    Defendants | : | JUNE 16, 2005 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR, D. Mass 83.5.2(c), the undersigned counsel, Steven H. Malitz, respectfully requests that Attorney Kristin A. Herzog, be allowed to withdraw her appearance on behalf of the defendants, Randell Vandergriff, Jr. and Werner Enterprises, in the above-captioned matter. In support of this Motion, the undersigned counsel represents that Attorney Kristin A. Herzog is no longer with Halloran & Sage, LLP.

THE DEFENDANTS:
RANDELL VANDERGRIFF, JR. AND
WERNER ENTERPRISES, INC.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

By _____
Steven H. Malitz
Fed. Bar No. ct 07848
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this ~~16~~ 17th day of June, 2005, I hereby mailed a copy of the foregoing to:

Michael H. Forrester, Esq.
Sarah Rosenblatt Dreyer, Esq.
Silver, Forrester, Schisano, Lesser & Dreyer
350 Route 9W
New Windsor, NY 12553

_____
Steven H. Malitz

700539

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105