FILED
2005 JUN 14 P 2:49
U.S. DISTRICT COURT
HARTFORD, CT.

2005 JUN 23 P
U.S. DISTRICT COURT
HARTFORD, CT

Extension GRANTED, to and including July 15, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 6/21/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS JACHENS and TONI JACHENS, : CASE NO.: 3:03 CV 0163 (AWT)

Plaintiffs :

:

RANDELL VANDERGRIFF, JR. and WERNER ENTERPRISES, INC., :

Defendant. : JUNE 14, 2005

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn L. Civ. R 7(b), the defendants, with the assent of the plaintiffs, respectfully move the Court for a thirty (30) day extension of time up to including July 15, 2005 to submit the joint trial memorandum in the above-captioned matter.

On January 19, 2005 the parties and their attorneys appeared at a Mediation before the Honorable Donna Martinez. The matter was not resolved at that time. Consequently, the date of June 15, 2005 was the deadline set for submitting a joint trial memorandum.

In the interim, the parties have completed additional discovery, including the depositions of a defense expert. Settlement negotiations resumed and the attorneys for the plaintiff and the defendant have over the past thirty (30) days been in constant communication on almost a daily basis in an effort to achieve a settlement.

Settlement appears to be close, but it hinges on the resolution of both a Worker's Compensation lien and a Extension GRANTED, absent objection, to and including ntiffs'