UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------X
THOMAS JACHENS and TONI JACHENS

                        Plaintiffs,

                               Index No.303CV0163 AWT

-against-

RANDELL VANDERGRIFF, JR., and
WERNER ENTERPRISES, INC.,

                        Defendants.
-------------------------------------------------X

## STIPULATION DISCONTINUING ACTION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New Windsor, New York
         June 21, 2005


BY: ALEXEI PLOCHARCZYK
HALLORAN & SAGE
Attorney for Defendant
One Goodwin Square
Hartford, CT 06103
(860)522-6103
Fed Bar No.: ct26355

MICHAEL H. FORRESTER
SILVER, FORRESTER, SCHISANO,
LESSER & DREYER
Attorney for Plaintiff
3250 Route 9D
New Windsor, New York 12553
(845) 562-9020
Federal Bar # ct 24720